IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEPHEN MATLOCK, | No. CIV S-10-3049-JAM-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| MIKE MARTEL, et al.,[1] | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 apparently challenging the denial of parole in July 2009. Pending before the court is petitioner's request for leave to proceed in forma pauperis (Doc. 9).[2] Petitioner's amended petition will be addressed separately.

/ / /

---

[1] The Clerk of the Court is directed to update the docket to reflect as respondents those parties named in the caption of petitioner's amended petition (Doc. 11).

[2] According to petitioner, the $5.00 filing fee was paid in the Northern District, where this action was originally filed. A review of the docket reveals that petitioner is correct. In any event, because petitioner has now submitted an application for leave to proceed in forma pauperis, the court will consider the request.

1

1  Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) showing
2  that petitioner is unable to prepay fees and costs or give security therefor.
3  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
4  proceed in forma pauperis (Doc. 9) is granted.

DATED: December 29, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE