IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL STEPHEN MATLOCK,        No. CIV S-10-3049-JAM-CMK-P

    Petitioner,

  vs.                                                          ORDER

MIKE MARTEL, et al.,

    Respondents.

_____/

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 apparently challenging the denial of parole in July 2009. For the reasons discussed in findings and recommendations issued separately, the court finds it appropriate to vacate the December 30, 2010, order directing respondent to respond to the amended petition. Respondent is relieved of any obligation to respond to the amended petition unless ordered otherwise.

IT IS SO ORDERED.

DATED: January 25, 2011

                                                  **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE